UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6(lc)

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-1197 PSG (MANx) | Date | November 22, 2013 |
|---|---|---|---|
| Title | Jamey Deon Jimerson v. Enhanced Recovery Co. LLC, *et al*. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** (In Chambers) Order DISMISSING Case WITHOUT PREJUDICE

    On November 20, 2013, Plaintiff Jamey Deon Jimerson ("Plaintiff") filed a prayer to terminate this action against all Defendants, citing Federal Rule of Civil Procedure 41. Dkt. # 13. The Court interprets Plaintiff's filing as a voluntary dismissal pursuant to Rule 41(a)(1)(A). Accordingly, and because no opposing party has served either an answer or a motion for summary judgment, the Court GRANTS Plaintiff's request and DISMISSES this case without prejudice.

    **IT IS SO ORDERED.**